STATE OF CONNECTICUT *v.* ANGELO A. BARBATO

HOUSE, C. J., SHAPIRO, LOISELLE, MACDONALD and BOGDANSKI, Js.

Argued December 5—decided December 19, 1973

R. *William Bohonnon,* for the appellant (defend-
ant).

*Jerrold H. Barnett,* assistant state's attorney, with
whom, on the brief, were *Arnold Markle,* state's
attorney, and *Robert K. Walsh,* assistant state's
attorney, for the appellee (state).

PER CURIAM.   On a trial to the court, the defend-
ant was found guilty on two counts of pool selling
in violation of § 53-295 of the General Statutes.
Following the finding of guilty on those counts, the
defendant pleaded guilty to the second part of the
information charging him as a second offender.

The state presented evidence from an undercover
policeman that in August, 1971, he had twice placed
wagers with the defendant on the outcome of horse
races.   The defendant testified that he had never
taken a wager from the witness, that he had been
in the "betting business" for the last ten or fifteen
years, off and on, and that he had gone out of busi-
ness in September, 1971, because he could not afford
to pay fines.

The grounds of the defendant's appeal are two:
that proof of a single wager on a horse race does

not constitute the crime of pool selling, and that the state did not prove him guilty beyond a reasonable doubt of pool selling.

We find no merit whatsoever to this appeal. The state presented evidence which the court could readily believe and which, if believed, proved beyond a reasonable doubt that the defendant was guilty as charged of the crime of pool selling as that offense has been defined in such cases as *State* v. *Rafanello*, 151 Conn. 453, 456, 199 A.2d 13, and *State* v. *Fico*, 147 Conn. 426, 428, 162 A.2d 697.

There is no error.